UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IMAD MEZEL )<br>)<br>    Plaintiff )<br>) CIVIL ACTION NO: 11-CV-<br>v. )<br>)<br>PERRY TRANSPORT, INC. ) COMPLAINT AND DEMAND FOR<br>) JURY TRIAL<br>    Defendant )<br>)<br>) | |

Plaintiff in the above captioned matter, Imad Mezel, by and through undersigned counsel, hereby Complains against Perry Transport, Inc. as follows:

JURISDICTION AND VENUE

1. Plaintiff Imad Mezel is domiciled in the State of Michigan;

2. Defendant Perry Transport, Inc. is a Maine corporation with a principal place of business in the State of Maine;

3. Jurisdiction is properly in this court pursuant to 28 U.S.C.A. § 1332;

4. Venue is properly in this court pursuant to 28 U.S.C.A. § 1391;

FACTS

1. On or about October 16, 2009, Imad Mezel was operating a vehicle in Windham, Maine;

2. On or about October 16, 2009, Samuel Bobinger was operating a vehicle in Windham, Maine;

3. The vehicle which Mr. Bobinger was operating on or about October 16, 2009 was owned by Defendant ("the Perry Truck");

4. On or about October 16, 2009, the Perry Truck, operated by Mr. Bobinger, collided with the vehicle operated by Mr. Mezel;

5. At the time of the collision, Mr. Mezel had stopped his vehicle at an intersection controlled by a traffic signal;

6. Mr. Bobinger failed to stop the Perry Truck, colliding into the rear of the vehicle operated by Mr. Mezel;

COUNT I

7. Plaintiff reasserts and realleges the allegations contained in the above numbered paragraphs as though fully set forth herein;

8. At all times relevant hereto, Mr. Bobinger was an employee or agent of Defendant;

9. At all times relevant hereto, Mr. Bobinger was acting in the course and scope of his employment;

10. Mr. Bobinger was negligent, including but not limited to failing to see what was there to be seen and being inattentive;

11. The collision was caused by Mr. Bobinger's negligence in operating the Perry Truck;

12. As a direct and proximate result of Mr. Bobinger's negligence, Mr. Mezel was injured;

13. Mr. Mezel's injuries include but are not limited to:

    a. Personal injuries, including injuries to his back;

    b. Past medical bills;

    c. Future medical bills;

    d. Lost earnings and lost earning capacity;

    e. Past and future pain, suffering, permanent impairment and loss of enjoyment of life.

WHEREFORE, Plaintiff demands judgment against Defendant for such reasonable amount as may be found by the fact finder, interest, costs, and all such other and further relief as this court deems just.

Dated: December 15, 2011

Respectfully submitted,

/s/ Harold J. Friedman
Harold J. Friedman, Esq., Bar No. 1252
Sean D. Magenis, Esq., Bar No. 9495
Attorneys for Plaintiff Imad Mezel
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
25 Pearl Street - P.O. Box 4726
Portland, ME 04112-4726
(207) 761-0900